THE STATE OF OHIO, APPELLANT, *v.* PILGRIM, APPELLEE.

[Cite as *State v. Pilgrim* (1999), 86 Ohio St.3d 619.]

(No. 98–497—Submitted August 25, 1999—Decided September 29, 1999.)

*P. Eugene Long II*, Pickaway County Prosecuting Attorney, for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Hughes* (1999), 86 Ohio St.3d 424, 715 N.E.2d 540.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, J., dissenting. I respectfully dissent from the majority's judgment for the reasons set forth in my dissent in *State v. Hughes* (1999), 86 Ohio St.3d 424, 715 N.E.2d 540.